

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAY S. GUNDLACH | ] | |
| | ] | |
| Plaintiffs | ] | |
| | ] | |
| vs. | ] | Civil Action No:  05- 491 |
| | ] | |
| FOOD LION, L.L.C., a subsidiary of | ] | |
| of DELHAIZE AMERICA, | ] | |
| | ] | |
| Defendants. | ] | |

## COMPLAINT

1. Plaintiff is a citizen of the Commonwealth of Pennsylvania.

2. Defendant, Food Lion, L.L.C. is, upon information and belief, a North Carolina Limited Liability Company and a subsidiary of Delhaize America who maintains a grocery store and it's premises at Four Nanticoke Shopping Center, Millsboro, Delaware, 19966. The matter in controversy exceeds, exclusive of interest and costs, the sum of Seventy-five Thousand Dollars ($75,000.00).

2. This court has jurisdiction over this action pursuant to 28 U.S.C. Section 1332 (a)(1) and venue is proper pursuant to 28 U.S.C. Section 1391 (a)(2).

3. On or about July 14, 2003, Plaintiff, Fay S. Gundlach was a business invitee of the Defendant's grocery store when she was caused to fall and suffer severe injuries and damages as a result of a negligently maintained and poorly monitored walkway in an isle within the store by virtue of the Defendant's negligent and careless placement of a wooden pallet on the floor of the store.

4. As a result of falling because of the pallet, Plaintiff, Fay S. Gundlach suffered injuries to her hip, pelvis, neck, shoulders, head and back, and suffered lost earnings and/or earning capacity, great pain of body and mind, and incurred expenses for medical attention as a result of this occurrence.

WHEREFORE, Plaintiff, Fay S. Gundlach demands judgement in an amount in excess of Seventy-five Thousand Dollars ($75,000.00), along with the costs of prosecution of this action.

Respectfully submitted,

Victor H. Pribanic, Esquire
Counsel for Plaintiffs
PA I.D. No. 30785

PRIBANIC & PRIBANIC, L.L.C.
1735 Lincoln Way
White Oak, PA 15131
(412) 672-5444     MAS

<u>JURY TRIAL DEMANDED</u>