LAW OFFICES OF

# PRIBANIC & PRIBANIC
*A Limited Liability Corporation*
1735 LINCOLN WAY
WHITE OAK, PENNSYLVANIA 15131
TEL. 412/672-5444

JEFFREY A. PRIBANIC

FAX. 412/672-3715

PITTSBURGH OFFICE
513 COURT PLACE
PITTSBURGH, PA 15219
TEL. 412/281-8844

July 13, 2005

VIA UPS OVERNIGHT DELIVERY

05 - 491

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
1100 U.S. Federal Courthouse
4th Floor, Room 4209
844 King Street
Wilmington, DE 19801

In Re: Fay S. Gundlach v. Food Lion, LLC as a Subsidiary of Delhaize America
Our File No.: 6100

Dear Clerk of Courts:

Enclosed for filing please find an Original and two (2) copies of Plaintiff's Complaint in Civil Action along with the Original and two (2) copies of the Civil Cover Sheet and Summons relative to the above-captioned matter. Kindly file the Original Complaint and Civil Cover Sheet and return the time-stamped copies of each to my attention in the envelope provided within along with the issued original Summons. Enclosed is our firm's check in the amount of $250.00 to process this request.

Additionally, I have enclosed a disk which contains a PDF of the enclosed documents as well.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Mark A. Smith