IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAY S. GUNDLACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-491 (KAJ) |
| ) | |
| FOOD LION, LLC, a subsidiary of ) | |
| DELHAIZE AMERICA, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Patricia Smink Rogowski and Kevin M. Baird and the firm of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, Post Office Box 2207, Wilmington, Delaware 19899-2207, hereby enter their appearance in this action on behalf of Plaintiff FAY S. GUNDLACH.

Dated: August 15, 2005

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Patricia S. Rogowski*
Patricia Smink Rogowski (#2632)
Kevin M. Baird (#4219)
1007 North Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Plaintiff Fay S. Gundlach*

OF COUNSEL:
PRIBANIC & PRIBANIC, L.L.C.
Victor H. Pribanic, Esquire
Mark A. Smith, Esquire
1735 Lincoln Way
White Oak, PA 15131
(412) 672-5444