IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAY S. GUNDLACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 05-491 (KAJ) |
| FOOD LION, L.L.C., subsidiary of DELHAIZE ) | |
| AMERICA, ) | |
| ) | |
| Defendants. ) | |

## ALIAS PRAECIPE

TO:   Dr. Peter T. Dalleo
Clerk of the Court
U.S. District Court, District of Delaware
844 N. King Street
Lock Box 18
Wilmington, DE 19801

It is respectfully requested that an Alias Summons in a Civil Action to Food Lion, L.L.C., a subsidiary of Delhaize America, be issued in the above case.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Patricia S. Rogowski*
Patricia Smink Rogowski (#2632)
Kevin M. Baird (#4219)
1007 North Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Plaintiff Fay S. Gundlach*

Dated: August 24, 2005