AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

FAY S. GUNDLACH,

              Plaintiff,

     V.

FOOD LION, L.L.C., a subsidiary of
DELHAIZE AMERICA,

              Defendants.

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-491-KAJ

TO: (Name and address of defendant)

    Food Lion, L.L.C. a subsidiary of DELHAIZE AMERICA
    c/o Corporation Service Company
    2711 Centerville Road, Suite 400
    Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Patricia Smink Rogowski
    CONNOLLY BOVE LODGE & HUTZ LLP
    1007 N. Orange Street
    P.O. Box 2207
    Wilmington, DE 19899-2207

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK