IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAY S. GUNDLACH, | § | |
| | § | |
| Plaintiff, | § | C.A. NO.: 05-491 |
| | § | |
| v. | § | TRIAL JURY DEMANDED |
| | § | |
| FOOD LION, L.L.C., a subsidiary of | § | |
| DELHAIZE AMERICA, | § | |
| | § | |
| Defendants. | § | |

### ENTRY OF APPEARANCE OF FOOD LION, L.L.C.

**PLEASE ENTER THE APPEARANCE** of James F. Bailey, Jr., Esquire, Bailey & Associates, P.A., on behalf of Defendant Food Lion, L.L.C. only and not as to Delhaize America. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant. Defendant specifically reserves all rights to raise jurisdictional, or service, or Statute of Limitations defenses which may be available.

BAILEY & ASSOCIATES, P.A.

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Delaware Bar I.D. #336
Bailey & Associates, P.A.
Three Mill Road, Suite 306A
Wilmington, DE  19806
(302) 658-5686
*Attorney for Food Lion, L.L.C.*

Dated: August 25, 2005

## CERTIFICATE OF SERVICE

I, James F. Bailey, Jr., Esquire**,** do hereby certify that on this 25th day of August 2005, one copy of the foregoing **ENTRY OF APPEARANCE** were served by **electronic service** to:

Victor H. Pribanic, Esquire
PRIBANIC & PRIBANIC, L.L.C.
1735 Lincoln Way
White Oak, PA  15131


/s/ James F. Bailey, Jr.
**JAMES F. BAILEY, JR.**