IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAY S. GUNDLACH, | § | |
| | § | |
| Plaintiff, | § | C.A. NO.: 05-491 |
| | § | |
| v. | § | TRIAL JURY DEMANDED |
| | § | |
| FOOD LION, L.L.C., a subsidiary of | § | |
| DELHAIZE AMERICA, | § | |
| | § | |
| Defendants. | § | |

## ANSWER TO COMPLAINT

1. Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of this averment.

2. Admitted except with regard to the averment as to Delhaize America. Delhaize America is only a holding company and has no assets in its own right. Furthermore, with regard to the averment as to the amount in controversy being equal to or in excess of $75,000, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of this averment and it is therefore deemed as being denied.

2(sic). Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of this averment.

3. Denied.

4. Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of this averment.

WHEREFORE, Defendant demands that the above captioned matter be dismissed with all costs to be assessed against the Plaintiff.

**AFFIRMATIVE DEFENSES**

5.	Plaintiff was comparatively negligent in such a fashion so as to either diminish or bar her claim.

6.	Plaintiff's Complaint fails to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

	BAILEY & ASSOCIATES, P.A.


	/s/ James F. Bailey, Jr.
	JAMES F. BAILEY, JR.
	Delaware Bar I.D. #336
	Bailey & Associates, P.A.
	Three Mill Road, Suite 306A
	Wilmington, DE  19806
	(302) 658-5686
	*Attorney for Food Lion, L.L.C.*

Dated:  August 25, 2005

## CERTIFICATE OF SERVICE

I, James F. Bailey, Jr., Esquire**,** do hereby certify that on this 25th day of August 2005, one copy of the foregoing **ANSWER TO COMPLAINT** were served by **electronic service** to:

Victor H. Pribanic, Esquire
PRIBANIC & PRIBANIC, L.L.C.
1735 Lincoln Way
White Oak, PA  15131

/s/ James F. Bailey, Jr.
**JAMES F. BAILEY, JR.**