## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

August 26, 2005

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz
1007 N. Orange Street
Wilmington, DE   19801

James F. Bailey, Jr., Esq.
3 Mill Road - #306A
Wilmington, DE   19806

Re:   Fay S. Gundlach v. Food Lion L.L.C.
         Civil Action No. 05-491-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order.  Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court