AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

FAY S. GUNDLACH,

        Plaintiff,

V.

FOOD LION, L.L.C., a subsidiary of
DELHAIZE AMERICA,

        Defendants.

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-491-KAJ

TO: (Name and address of defendant)

    Food Lion, L.L.C. a subsidiary of DELHAIZE AMERICA
    c/o Corporation Service Company
    2711 Centerville Road, Suite 400
    Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Patricia Smink Rogowski
    CONNOLLY BOVE LODGE & HUTZ LLP
    1007 N. Orange Street
    P.O. Box 2207
    Wilmington, DE 19899-2207

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____       8-25-05
CLERK                                                    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 8/25/05 |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) JOHN A GARBER | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Personally served Food Lion, LLC a subsidiary of Delhaize America, by serving its registered agent, The Corporation Service Company, at 2711 Centerville Rd, Wilm DE 19808 at 1:35pm. Person accepting service: Mary Drummond

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/25/05
             Date

Signature of Server

Parcels Inc, 230 N. Market St, Wilm DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.