IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAY S. GUNDLACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-491 (KAJ) |
| ) | |
| FOOD LION, LLC, a subsidiary of ) | |
| DELHAIZE AMERICA, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Victor H. Pribanic to represent Fay S. Gundlach in this matter.

Respectfully submitted,

Dated: September 1, 2005

_____
Patricia Smink Rogowski (#2632)
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
progowski@cblh.com
*Attorneys for Plaintiff Fay S. Gundlach*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:_____          _____
                                                              United States District Judge

380246v1(CB)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAY S. GUNDLACH ]<br>]<br>Plaintiffs ]<br>]<br>vs. ]<br>]<br>FOOD LION, L.L.C., a subsidiary of ]<br>of DELHAIZE AMERICA, ]<br>]<br>Defendants. ] | Civil Action No: |

## CERTIFICATION BY COUNSEL TO BE ADMITED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the United States District Court for the Western District of Pennsylvania and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee will be submitted to the Clerk's Office upon the filing of this Motion.

Respectfully submitted,

Victor H. Pribanic, Esquire
Counsel for Plaintiffs
PA I.D. No. 30785
PRIBANIC & PRIBANIC, L.L.C.
1735 Lincoln Way
White Oak, PA 15131
(412) 672-5444

**JURY TRIAL DEMANDED**

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2005, I electronically filed MOTION FOR ADMISSION PRO HAC VICE with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

James F. Bailey, Jr.
Bailey & Associates P.A.
Three Mill Road, Suite 306A
Wilmington, DE  19806

I hereby certify that on September 1, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Victor H. Pribanic
Mark Smith
Pribanic & Pribanic LLC
1735 Lincoln Way
White Oak, PA  15131

By: /s/ Patricia S. Rogowski
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141
progowski@cblh.com