**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Paul E. Crawford
Partner

TEL (302) 888-6262
FAX (302) 658-5614
EMAIL pcrawford@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

5 October 2005

The Honorable Kent A. Jordan
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      RE:    **Gundlach v. Food Lion, LLC**
               **C.A. No. 05-491-KAJ (D. Del.)**
               **Our File No. 13673-1**

Dear Judge Jordan:

      Enclosed is a form of Scheduling Order adopting the dates set during the October 5, 2005 Status Conference with the Court.

                                     Respectfully submitted,

                                     Paul E. Crawford

Enclosure
PEC/vjm
412393v1