IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAY S. GUNDLACH, | § | |
| | § | |
| Plaintiff, | § | C.A. NO.: 05-491 |
| | § | |
| v. | § | TRIAL JURY DEMANDED |
| | § | |
| FOOD LION, L.L.C., a subsidiary of | § | |
| DELHAIZE AMERICA, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SERVICE

I, James F. Bailey, Jr., Esquire, do hereby certify that on this 31st day of October, 2005, one copy of the within **DEFENDANT'S REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF** was served by **electronic filing** to:

Victor H. Pribanic, Esquire
Mark Smith, Esquire
PRIBANIC & PRIBANIC, L.L.C.
1735 Lincoln Way
White Oak, PA 15131


BAILEY & ASSOCIATES, P.A.


/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Delaware Bar I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
*Attorney for Food Lion, L.L.C.*