**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Paul E. Crawford
Partner

TEL (302) 888-6262
FAX (302) 658-5614
EMAIL pcrawford@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblhlaw.com

20 January 2006

The Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325
Lockbox 10
Wilmington, DE 19801

    Re:    **Gundlach v. Food Lion, LLC**
             **Civil Action No. 1:05-cv-00491-KAJ**

Dear Judge Jordan:

    This is a belated status report in the captioned case and a joint request of counsel that the status teleconference scheduled for 4:30 p.m. on January 23, 2006 be taken off the Court's calendar.

    At this time the parties are discussing possible settlement and have no disputes that need judicial intervention.

    Counsel will keep the Court advised of any future need for the Court's involvement in the case.

Sincerely,

Paul E. Crawford
Connolly Bove Lodge & Hutz LLP
PEC/jac

440905-1

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, I electronically filed a LETTER TO THE HONORABLE KENT A. JORDAN with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

James F. Bailey, Jr.
Bailey & Associates P.A.
Three Mill Road, Suite 306A
Wilmington, DE  19806


I hereby certify that on January 20, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Victor H. Pribanic
Mark Smith
Pribanic & Pribanic LLC
1735 Lincoln Way
White Oak, PA  15131


By: /s/ Paul E. Crawford
    Paul E. Crawford (DE Bar #0493)
    Connolly Bove Lodge & Hutz LLP
    P.O. Box 2207
    1007 N. Orange Street
    Wilmington, DE  19899
    (302) 658-9141
    pcrawford@cblh.com