S REV 1/05

his is to certify that the information here given is correctly copied from the original certificate of death filed with me as ocal Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

Fee for this certificate, $6.00



_Sherrie L. Sawyer_
Local Registrar

P 12305294
No.

FEB 2 0 2006
Date

**PLAINTIFF'S EXHIBIT A**

---

H105.144 Rev. 01/06
TYPE/PRINT IN PERMANENT BLACK INK

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS
**CERTIFICATE OF DEATH (CORONER)**
STATE FILE NUMBER

1. Name of Decedent (First, middle, last): **Fay S. Gundlach**
2. Sex: **Female**
3. Social Security Number: **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**
4. Date of Death (Month, day, year): **2-19-06**
5. Age (Last birthday): **89 Yrs.**
6. Under 1 year / Under 1 day / Hours / Minutes
7. Date of Birth: **June 6, 1916**
8. Birthplace (City and state or foreign country): **Milesburg, PA**
8a. Place of Death (Check only one): ☒ Residence
8b. County of Death: **Clinton**
8c. City, Boro, Twp of Death: **Beech Creek**
8d. Facility Name: **128 Maple Ave.**
9. Was Decedent of Hispanic Origin? ☒ No
10. Race: **White**
11. Decedent's Usual Occupation: **Homemaker**
    Kind of Business/Industry: **Own Home**
12. Was Decedent ever in U.S. Armed Forces?: ☒ No
13. Decedent's Education — Elementary/Secondary (0-12): **12**
14. Marital Status: **Widowed**
16. Decedent's Mailing Address: **128 Maple Ave., Beech Creek, PA 16822**
17a. State: **Pennsylvania**
17b. County: **Clinton**
17d. ☒ No, Decedent Lived within Actual Limits of **Beech Creek** City/Boro
18. Father's Name: **Charles Sheckler**
19. Mother's Name: **Margaret Aikey**
20a. Informant's Name: **Charles W. Gundlach**
20b. Informant's Mailing Address: **P.O. Box 62, Beech Creek, PA 16822**
21a. Method of Disposition: ☒ Burial
21b. Date of Disposition: **Feb. 22, 2006**
21c. Place of Disposition: **Hayes-Fearon Cemetery**
21d. Location: **Beech Creek, PA 16822**
22a. Signature of Funeral Service Licensee: _Dean K. Wetzler_
22b. License Number: **FD-011583L**
22c. Name and Address of Facility: **Dean K. Wetzler, Jr. Funeral Home, 320 Main St., Mill Hall, PA 17751**

24. Pronounced **11:15 A.M.**
25. Date Pronounced Dead: **2-19-06**
26. Was Case Referred to a Medical Examiner/Coroner? ☒ Yes

27. CAUSE OF DEATH
    IMMEDIATE CAUSE (a): **Probable Myocardial Infarction**

28. Did Tobacco Use Contribute to Death? ☒ Unknown

30a. Was an Autopsy Performed? ☒ No
30b. Were Autopsy Findings Available Prior to Completion of Cause of Death? ☐
31. Manner of Death: ☒ Natural

33a. Certifier: Medical examiner/coroner ☒
33b. Signature and Title of Certifier: _Donald G. Walker_
33d. Date Signed: **2-19-06**
34. Name and Address of Person Who Completed Cause of Death: **Donald G. Walker, 231 High St., Flemington PA**

35. Registrar's Signature and District Number: _Sherrie L. Sawyer_  L/18/1/19/0/
36. Date Filed: **Feb. 20, 2006**

(See instructions and examples on reverse)