## IMPORTANT NOTICE

NOTICE OF ESTATE ADMINISTRATION

THIS NOTICE DOES NOT MEAN THAT YOU WILL RECEIVE ANY MONEY OR PROPERTY FROM THIS ESTATE OF OTHERWISE.

Whether you will receive any money or property will be determined wholly or partly by the decedent's Will. If the decedent died without a Will, whether you will receive any money or property will be determined by the intestacy laws of Pennsylvania.

BEFORE THE REGISTER OF WILLS, COUNTY OF CLINTON, COMMONWEALTH OF PENNSYLVANIA

In re: Estate of FAY SHECKLER GUNDLACH

NO: 2006-0026

TO: Kathy Gundlach
128 Maple Avenue
Beech Creek, PA 16822

Please take notice of the death of decedent and the grant of letters to the personal representative named below.

The Decedent, died on the 19th day of February, 2006, at her residence.

The Decedent died testate with a Will.

The personal representatives of the Decedent are Charles W. Gundlach and Kathy Gundlach.



PLAINTIFF'S EXHIBIT
C

The Will has been filed with the Office of the Register of Wills of Clinton County, Clinton County Courthouse, East Water Street, Lock Haven, PA 17745 (570-893-4010). Enclosed is a copy of the Will.

Dated: February 28, 2006

                                                        _____
                                                      Donald L. Faulkner
                                                      333 N. Vesper Street
                                                      Lock Haven, PA   17745
                                                      (570) 748-2961

Capacity: _____ Personal Representative

                                   __X__ Counsel for Personal Representative



STATE OF PENNSYLVANIA                                        SHORT CERTIFICATE
COUNTY OF CLINTON

I, _____GAIL M. GEPHART_____
Register for the Probate of Wills and Granting
Letters of Administration &c.  in and for said
County of CLINTON do hereby certify that on
the __24th___ day of __February_____ A.D.,
Two Thousand and Six,
Letters _____TESTAMENTARY_____
in common form were granted by the Register of
said County, on the

state of GUNDLACH FAY SHECKLER_____, late of BEECH CREEK BOROUGH
         (LAST, FIRST, MIDDLE)

n said county, deceased, to     CHARLES W GUNDLACH            and
ATHY GUNDLACH

nd that same has not since been revoked.
    IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal
f said office at LOCK HAVEN, PENNSYLVANIA, this 24th day of February
.D., Two Thousand and Six.

ile No.      2006-00026
PA File No.   18-06-0026
Date of Death  2/19/2006      _Gail M Gephart_____ Register
S.S. #       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

NOT VALID WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL