IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAY S. GUNDLACH, | § | |
| | § | |
| Plaintiff, | § | C.A. NO.: 05-491 |
| | § | |
| v. | § | TRIAL JURY DEMANDED |
| | § | |
| FOOD LION, L.L.C., a subsidiary of | § | |
| DELHAIZE AMERICA, | § | |
| | § | |
| Defendants. | § | |

## SUGGESTION OF DEATH

Defendant, suggests, on the record, that the Plaintiff, Fay S. Gundlach expired on or before March 28, 2006.

BAILEY & ASSOCIATES, P.A.


/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Delaware Bar I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE  19806
(302) 658-5686
*Attorney for Food Lion, L.L.C.*

Date: April 7, 2006

**CERTIFICATE OF SERVICE**

, James F. Bailey, Jr., Esquire**,** do hereby certify that on this 7th of April 2006, one copy of the foregoing **SUGGESTION OF DEATH** was served by **electronic service** to:

Victor H. Pribanic, Esquire
Mark A. Smith, Esquire
PRIBANIC & PRIBANIC, L.L.C.
1735 Lincoln Way
White Oak, PA  15131

Patricia Smink Rogowski, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899


/s/ James F. Bailey, Jr.
**JAMES F. BAILEY, JR.**