IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAY S. GUNDLACH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-491-KAJ |
| | ) |
| FOOD LION, L.L.C., a subsidiary of DELHAIZE AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington, this 19th day of September, 2006,

IT IS HEREBY ORDERED that a status report shall be filed with the Court on or before September 26, 2006.

_____
UNITED STATES DISTRICT JUDGE