IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAY S. GUNDLACH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-491-KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| FOOD LION LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their respective counsel, that the above-captioned action be and hereby is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

| BAILEY & ASSOCIATES P.A. | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ James F. Bailey, Jr. | /s/ Patricia S. Rogowski |
| James F. Bailey, Jr. (I.D. #336) | Paul E. Crawford (I.D. #493) |
| 3 Mill Road, Suite 306A | Patricia S. Rogowski (I.D. #2632) |
| Wilmington, DE 19806 | P.O. Box 2207 |
| (302) 658-5686 | 1007 N. Orange Street |
| *Attorneys for Food Lion LLC.* | Wilmington, DE 19899 |
| | (302) 658-9141 |
| | *Attorneys for Fay S. Gundlach* |
| | |
| | **OF COUNSEL:** |
| Date: September 26, 2006 | Mark A. Smith |
| | PRIBANIC & PRIBANIC |
| | 1735 Lincoln Way |
| | White Oak, PA 15131 |
| | (412) 672-5444 |

**SO ORDERED** this _____ day of _____, 2006

_____
U.S. District Court Judge